THE STATE EX REL. KELSEY-HAYES COMPANY, APPELLANT, *v.* HEINLEN ET AL.,
APPELLEES.

[Cite as *State ex rel. Kelsey-Hayes Co. v. Heinlen,* 112 Ohio St.3d 101, 2006-
Ohio-6508.]

*State ex rel. Internatl. Paper v. Trucinski followed — Court of appeals'*
*judgment affirmed.*

(No. 2006-0569 — Submitted November 15, 2006 – Decided
December 27, 2006.)

APPEAL from the Court of Appeals for Franklin County,
No. 05AP-360, 2006-Ohio-428.

_____

**Per Curiam**.

{¶ 1}  Appellant, citing *Westfield Ins. Co. v. Galatis,* 100 Ohio St.3d 216,
2003-Ohio-5849, 797 N.E.2d 1256, has asked us to overrule *State ex rel. Thomas
v. Indus. Comm.*, 97 Ohio St.3d 37, 2002-Ohio-5306, 776 N.E.2d 62.  We
declined an identical invitation in *State ex rel. Internatl. Paper v. Trucinski*, 106
Ohio St.3d 203, 2005-Ohio-4557, 833 N.E.2d 728.  Accordingly, for the same
reasons set forth in *Trucinski*, we again decline the invitation.  The judgment of
the court of appeals is affirmed.

Judgment affirmed.

MOYER, C.J., RESNICK, PFEIFER, LUNDBERG STRATTON, O'CONNOR,
O'DONNELL and LANZINGER, JJ., concur.

_____

Squire, Sanders & Dempsey, L.L.P., William Michael Hanna, and Greta
M. Kearns, for appellant.

Heinzerling & Goodman, L.L.C., and Jonathan H. Goodman, for appellee Rosalinda Heinlen.

Jim Petro, Attorney General, and Douglas R. Unver, Assistant Attorney General, for appellee Industrial Commission.

_____